UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
APR 20 2026
U.S. Court of Appeals
Fourth Circuit

| | |
|---|---|
| Rodney Nesmith, | ) Civil Action No. |
| Petitioner, | ) 8:26-cv-00183-SAL |
| VS | ) |
| Warden Terri Wallace | ) NOTICE OF APPEAL |
| Respondent. | ) |

NOTICE IS HEREBY GIVEN that Rodney Nesmith, Petitioner in the above-captioned case, hereby appeals to the Court of Appeals for the Fourth Circuit from the judgment and order entered in this action by the Honorable Sherri A. Lydon, United States District Judge, dated March 30, 2026, which denied Petitioner's petition for relief under 28 USC 2241.

Respectfully submitted,

/s/ [signature]

RODNEY NESMITH #257104
Kirkland Correctional Institution
4344 Broad River Road
Columbia, SC 29210

April 13, 2026